**STATE of Missouri, Respondent,**

v.

**Michael R. MITCHEM, Appellant.**

**No. WD 61309.**

Missouri Court of Appeals,
Western District.

June 24, 2003.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and NEWTON, JJ.

***ORDER***

PER CURIAM.

Michael R. Mitchem appeals his convictions and sentences for first degree murder, section 565.020, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Billy M. CAMPBELL, Appellant.**

**No. WD 61336.**

Missouri Court of Appeals,
Western District.

June 24, 2003.

Emmett D. Queener, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, and Karen L. Kramer, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

***ORDER***

PER CURIAM.

Mr. Billy M. Campbell appeals his conviction for the Class B felony of committing violence against an employee of the Department of Corrections in violation of section 217.385, RSMo 2000. We affirm. Rule 30.25(b).